# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :   Case No. 3:06-cr-187

                               District Judge Walter H. Rice
- vs -                          Magistrate Judge Michael R. Merz

JARED LOVETT,

        Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon Joint Waiver by the parties (ECF No. 432) of any objection to the Magistrate Judge's Report and Recommendation (ECF No. 431), said Report is hereby ADOPTED. Pursuant to the First Step Act, Pub. L. No. 115-39, Defendant's Sentence is vacated and he will be re-sentenced under current advisory Sentencing Guidelines. This case is hereby referred to the United States Probation Office for an updated presentence investigation report.

June 6, 2019.

                                                            Walter H. Rice
                                                 United States District Judge