IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JARED LOVETT,

        Defendant.

:
:   Case No.   3:06cr187(6)
:
:   JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY REDUCING 24-MONTH SENTENCE IMPOSED ON VIOLATION OF SUPERVISED RELEASE ON AUGUST 3, 2015 (JOURNALIZED ON AUGUST 27, 2015) (DOC. #395) TO ONE OF TIME SERVED WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL SET FORTH; TERMINATION ENTRY

---

Pursuant to the Joint First Step Motion of the parties (Doc. #430), the post-sentence addendum to the Presentence Report and this Court's understanding of the applicable law, based upon the First Step Act's retroactive drug guideline amendment, the 24-month sentence imposed on August 3, 2015 (journalized on August 27, 2015) (Doc. #395), upon a finding that Defendant had violated his Supervised Release, is reduced to one of time served with no period of Supervised Release to follow. Defendant will still be on Supervised Release pursuant to the 60-month sentence imposed by United States District Judge Thomas M. Rose, with a 4-year period of Supervised Release to follow, in Case No. 3:15cr005.

Defendant is advised that, within 14 days from the date of the filing of this Decision and Entry, he is entitled to appeal any action of this Court with which he disagrees. If he desires an

attorney, and cannot afford same, one will be appointed to represent him throughout the appellate process.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

July 2, 2020

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Records Section, RRM Cincinnati, Residential Reentry Office, 36 E. 7th Street, Suite 2107-A, Cincinnati, OH  45202
Jared Lovett, 44594-061, RRM Cincinnati, Residential Reentry Office, 36 E. 7th Street, Suite 2107-A, Cincinnati, OH  45202